Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
Thomas Eide

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| Thomas Eide,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Experian Information Solutions, Inc., et. al.<br>　　　　Defendants. | Case No.: 2:22-cv-01820-KJM-DB<br><br>**ORDER GRANTING STIPULATION** |

**ORDER**

　　Pursuant to the stipulation of the Parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Plaintiff shall have to April 14, 2023 to file a motion to strike Defendant El Dorado County's affirmative defenses.

　　IT IS SO ORDERED.

DATED:  March 20, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1

ORDER