Jason S. Roberts, Esq. (SBN: 221978)
**RESNICK & LOUIS, P.C.**
800 N. Haven Ave., Suite 430
Ontario, CA 91764
Telephone: (909) 509-5020
jsroberts@rlattorneys.com

Attorneys for Defendant
TRANS UNION, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS EIDE, | CASE NO. 2:22-cv-001820-KJM-DB |
| Plaintiff, | |
| vs. | Hon. Kimberly J. Mueller |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EL DORADO COUNTY; | **ORDER GRANTING ENLARGEMENT OF TIME FOR PARTIES TO SUBMIT JOINT STIPULATED PROTECTIVE ORDER** |
| Defendants. | |

## ORDER

Pursuant to the parties' Joint Motion for Enlargement of Time for Parties to Submit Joint Stipulated Protective Order, and good cause appearing therefor, it is hereby ORDERED that:

The parties shall have to May 8, 2023, to file their Joint Stipulated Protective Order.

IT IS SO ORDERED.

DATED: April 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT MOTION – 2:22-CV-01820-KJM-DB**