**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**JOE LITTLE, SBN 322179**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile: (916) 605-4075
andrew@caulfieldlawfirm.com

**Attorneys for Defendant El Dorado County**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EIDE,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EL DORADO COUNTY,<br><br>    Defendants. | No. 2:22-cv-1820 KJM DB<br><br>**STIPULATION AND ORDER RE PRODUCTION OF DOCUMENTS PROTECTED BY FAMILY CODE § 17212** |

Plaintiff THOMAS EIDE ("Plaintiff") and Defendant EL DORADO COUNTY ("County") (collectively, "the Parties"), by and through their respective counsel, and after meeting and conferring, hereby stipulate as follows:

**WHEREAS**, during the course of discovery in this case, Plaintiff has requested that the County produce certain documents that are protected under California Family Code § 17212;

**WHEREAS**, Family Code § 17212 does not authorize the disclosure of documents protected under that section for purposes of responding to discovery in a civil lawsuit such as the present action;

**WHEREAS**, the production of documents protected under Family Code § 17212 is necessary for both the prosecution and defense of this action;

**WHEREAS**, the Parties agree that that a Court order is necessary to allow the County to

disclose and produce responsive documents protected under Family Code § 17212;

**WHEREAS**, the Parties hereby respectfully request that the Court issue an order authorizing the County to disclose and produce to Plaintiff documents protected under Family Code § 17212, with necessary redactions for privilege and third party privacy, that are responsive to Plaintiff's document requests;

**WHEREAS**, all documents produced that are protected under Family Code § 17212 will be identified as "Confidential" and subject to the terms set forth in the Stipulated Protective Order signed by the Court on May 5, 2023 (ECF Dckt. # 30).

**IT IS SO STIPULATED**.

Dated: September 20, 2023          CAULFIELD LAW FIRM

By: ___/s/ Andrew T. Caulfield_____
ANDREW T. CAULFIELD
Attorneys for Defendant
EL DORADO COUNTY

Dated: September 20, 2023          GALE, ANGELO, JOHNSON & PATRICK, P.C.

By: ____/s/ Joe Angelo_____
JOE ANGELO
ELLIOT GALE
Attorneys for Plaintiff
THOMAS EIDE

**ORDER**

Having reviewed the foregoing Stipulation, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. In response to Requests for Documents served by Plaintiff Thomas Eide, Defendant County of El Dorado is authorized to disclose and produce to Plaintiff documents protected under Family Code § 17212, with necessary redactions for privilege and third-party privacy, that are responsive to Plaintiff's document requests; and

2. All documents produced that are protected under Family Code § 17212 will be identified as "Confidential" and subject to the terms set forth in the Stipulated Protective Order signed by the Court on May 5, 2023 (ECF Dckt. # 30).

**IT IS SO ORDERED.**

DATED: September 25, 2023          /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE